IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff*, § § v. § § 0.661 ACRES OF LAND, MORE OR LESS, § SITUATED IN HIDALGO COUNTY, § TEXAS; AND OSCAR BOX, § ET AL., § § *Defendant*. § | | CASE NO. 7:20-CV-370 |

## DISCLAIMER FOR SECURITY 1ST FEDERAL CREDIT UNION

COMES NOW, SECURITY 1ST FEDERAL CREDIT UNION, which has been named as an interested party in the above-styled case, and hereby disclaims any right, title, claim or interest in lands, more particularly described in Schedules *"CC," "DD," and "EE"* of the Complaint in Condemnation (herein "Subject Property). SECURITY 1ST FEDERAL CREDIT UNION, further disclaims any right to the just compensation to be paid for Subject Property, and further asks the Court to dismiss SECURITY 1ST FEDERAL CREDIT UNION, from this action.

In addition, the undersigned avers that he/she is a representative of SECURITY 1ST FEDERAL CREDIT UNION; that he/she is duly empowered and authorized to execute this Disclaimer on behalf of SECURITY 1ST FEDERAL CREDIT UNION; is knowledgeable of the facts averred; and empowered to legally bind the SECURITY 1ST FEDERAL CREDIT UNION for the representation set for herein.

## SECURITY 1ST FEDERAL CREDIT UNION

By: _____, CLO

Title: Chief Lending Officer

Printed Name: C. Benjamin Rixon

Address: 3700 N. 12th St

McAllen, Tx 78501

Telephone: 956-661-4000

Sworn to and subscribed to before me on February 18, 20 21 (date)

by Sylvia Rodriguez _____ (insert name of affiant).

(Notary Seal)

Signature of Notarial Officer

SYLVIA L RODRIGUEZ
My Notary ID # 130460981
Expires December 3, 2023

Sylvia Rodriguez
Printed Name of Notarial Officer

My Commission expires: 12/03/2023