**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:20-CV-370 |
| | § | |
| 0.661 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND OSCAR | § | |
| BOX, et al., | § | |
| | § | |
| *Defendants.* | § | |

**CLERK'S RECEIPT**

I, Nathan Ochsner, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on August 6, 2021,  I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **SIX THOUSAND SIX HUNDRED EIGHTY DOLLARS AND NO CENTS** ($6,680.00), being the estimated amount of just compensation in the above-entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By:    *Kathy Nguyen*
          **Deputy Clerk**